**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 107 WAL 2017
                                 :
          Respondent   :
                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court
          v.                       :
                                 :
                                 :
MICHAEL JASON STEVICK,         :
                                 :
          Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.